**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

FILED

DEC 05 2016

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

KAREN S. COLLINS

         Plaintiff,

    vs.

Beckman Coulter Inc.

         Defendant.

)
)
)
)
)
)
)
)
)

Cause No.

1  16-cv-3277 RLY -DML

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant _Beckman Coulter Inc_ for discrimination as set forth below.

Plaintiff ✓ DOES ____ DOES NOT (indicate which) demand a jury trial.

### I. PARTIES

Plaintiff's Name and Address

KAREN S. COLLINS
749 Sunset Lane
Fortville, IN 46040

Defendant's Name and Address

_Indpls. Address:_
Beckman Coulter
5355 w. 76th st.
Indianapolis, IN
46268

Beckman Coulter Inc
c/o Shari McCloskey Chief Counsel
250 S. Kraemer Blvd.
Brea, CA 92821

### II. JURISDICTION

1.    This complaint is brought pursuant to:

_____ Title VII of the Civil Rights Act of 1964, as amended, and jurisdiction is based on 42 U.S.C. §2000e-5 and 28 U.S.C. §1343(a)(4);

__✓__ The Age Discrimination in Employment Act (29 U.S.C. § 621), and

jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____✓_____ The Americans with Disabilities Act (42 U.S.C. § 12101), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ The Rehabilitation Act (29 U.S.C. § 701, *et seq.*), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____✓_____ Equal rights under law (42 U.S.C. § 1981), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____✓_____ Other (list): _Sexual Discrimination_

2.  Plaintiff __✓__ DID ____ DID NOT (indicate which) timely file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. [**Attach a copy of charge to this complaint**].

3.  Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **received** on or about _September 28, 2016_ (insert date). [**Attach a copy of Notice of Right to Sue to this complaint**].

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

On May 17th 2014 Beckman Coulter HR walked me out because I had a Previous injury due to the job I was doing 3½ years prior to May 17, 2016. Saying they could no longer provide help for my 2 permanent restrictions which was caused by heavy lifting & repetitive motion. was very humiliating.

## IV. FACTS IN SUPPORT OF COMPLAINT

I lost 8% total body motion in my left arm & shoulder in 2012. I was compensated for the 2 permanent restrictions by workmans comp The company put me on the same job in 2013 againts their Doctors Advice unless Beckman provided a lifting device for me. Beckman said they didn't want to spend money for the device. They said they would instead, have the co-workers from assembly lift any rotors weighing over 40 Lbs, to accomidate my 10 Lb. lifting restriction. my manager in 2012 told me it was against company policy but he was going to give me the help anyway. He wanted me on the same job due to my experience & performance.

Continuation of III

I asked supervision to put me on a different job after working there for 3 months because it was hurting my shoulders & neck due to me being short. I had to continually lift heavy rotors over shoulder height to get the rotors in & out of the centrifuges that I test. The repetative motion I used was 50 - 60 times a day. Beckman supervise manager refused to move me to other jobs that were open. I asked several times to be moved to avoid injury.

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

I am now waiting on workmans Comp. to approve surgery for A TORN Rotator Cuff on the same shoulder that was injured in 2012 due to Beckman's negligence of not following Company Doctor's. orders. I asked to be put in another position that was open & they denied me that job Although I am still employed I am asking for 1 million dollars due to pain, suffering &

(Use additional sheets if necessary.) Permanant disabilities & shoulder injuries due to Beckmans negligence & the humiliation caused by them

## VI. SIGNATURE

Signed this 5th day of December , 2016

Karen S. Collins
(Signature of Plaintiff)